SEALED

TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE: ALLISON KING | ) | *LEE* |
| | ) | MAG. NO. 1:16-mj-63 |

ORDER

**ALLISON KING** is the target of an investigation in connection with a possible felony. The Court finds that Ms. King is in need of an attorney to assist her at the Grand Jury sessions, does not have the funds to retain an attorney of her choice, and she requests to be represented by court appointed counsel. Accordingly, it is **ORDERED** the following counsel will be appointed to represent Ms. King with respect to the investigation of which she is a target[1]:

Federal Defender Services of Eastern Tennessee, Inc.
One Central Plaza, Suite 600
835 Georgia Avenue
Chattanooga, Tennessee 37402

Telephone: 423/756-4349
Fax: 423/756-4345

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] As a condition of the appointment of counsel to represent the defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered the defendant by her appointed counsel and any expenses in connection therewith.